# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| RESERVA COFFEE ROASTERS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 7:22-cv-00424 |
| v. | ) |
| | ) |
| RESERVA 03 COCINA / BAR, LLC, | ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Plaintiff, Reserva Coffee Roasters, LLC and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Michelle Quiroz

    a. McAllen, Texas

2. Danny Quiroz

    a. McAllen, Texas

3. Reserva Coffee Roasters, LLC

    a. McAllen, Texas

                                                  Respectfully Submitted,

                                                  KATIE CHARLESTON LAW, PC

                                                  By: /s/ Katie M. Charleston
                                                  Katie M. Charleston, Attorney For Plaintiff
                                                  TX State Bar No. 24104606
                                                  S.D. TX Bar No. 3816349
                                                  275 Medical Drive # 4226
                                                  Carmel, IN 46082
                                                  Ph: (317) 663-9190
                                                  Fax: (317) 279-6258

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served upon all counsel of record via the Court's CM/ECF service.

/s/ Katie M. Charleston
Katie M. Charleston
